

# Court of Appeals
## Twelfth Court of Appeals District at Tyler

# BILL OF COSTS

## Court of Appeals No. 12-15-00004-CV

## Trial Court No. CV04637

**Ron Seale, Individually and as the Representative of the Estate of Clara Lavinia Seale**

**Vs.**

**Horace Truett Seale and wife, Nan Seale**

| DOCUMENTS FILED | AMOUNT | FEE PAID BY |
|---|---:|---|
| Motion fee | $10.00 | Richard L Ray |
| Supplemental clerk's record | $231.00 | Martin Walker |
| Clerk's record | $115.50 | Ray & Thatcher PC |
| Reporter's record | $162.00 | Richard L. Ray |
| Filing | $100.00 | Richard L Ray |
| Indigent | $25.00 | Richard L Ray |
| Supreme Court chapter 51 fee | $50.00 | Richard L Ray |
| Required Texas.gov efiling fee | $20.00 | Richard L Ray |
| TOTAL: | $713.50 | |

I, Pam Estes, Clerk of the Court of Appeals, Twelfth Court of Appeals District at Tyler, Texas, certify that the above copy of the Bill of Costs is true and correct. GIVEN UNDER MY HAND AND SEAL OF SAID COURT, at Tyler, this 25th day of November 2015, A.D.

PAM ESTES, CLERK

By: *Katrina McClenny*
Katrina McClenny, Chief Deputy Clerk